UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEANDRE S. SHORT,

    Plaintiff,

v.                                    Case No.:  3:14cv302/MCR/EMT

WENDELL HALL, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 2, 2015.  (Doc. 13).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

    **DONE AND ORDERED** this 6th day of March, 2015.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **CHIEF UNITED STATES DISTRICT JUDGE**